IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-777-KDB-DCK

| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| AMERICAN MILLENNIUM INSURANC COMPANY, et al., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by James M. Dedman IV, concerning, on February 5, 2024. John Edward Cuttino seeks to appear as counsel *pro hac vice* for Defendant American Millenium Insuranc Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. John Edward Cuttino is hereby admitted *pro hac vice* to represent Defendant American Millenium Insuranc Company.

**SO ORDERED**.

Signed: February 5, 2024

David C. Keesler
United States Magistrate Judge