IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-777-KDB-DCK

| PROGRESSIVE SOUTHEASTTERN INSURANCE COMPANY, | ) |  |
|---|---|---|
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| AMERICAN MILLENNIUM INSURANCE COMPANY, et al., | ) |  |
|  | ) |  |
| **Defendants**. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 20) filed by Zachary David Griffin, concerning Andrew Wade Creech, on February 29, 2024. Andrew Wade Creech seeks to appear as counsel *pro hac vice* for Defendants Kelvin and Robin Hall. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 20) is **GRANTED**. Andrew Wade Creech is hereby admitted *pro hac vice* to represent Defendants Kelvin and Robin Hall.

**SO ORDERED**.

Signed: February 29, 2024

David C. Keesler
United States Magistrate Judge